No. 80–5950. LOGAN *v.* ZIMMERMAN BRUSH CO. ET AL. Appeal from Sup. Ct. Ill. Motion of appellant for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted.

No. 80–327. VALLEY FORGE CHRISTIAN COLLEGE *v.* AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE, INC., ET AL. C. A. 3d Cir. Certiorari granted.

No. 80–986. NORTH HAVEN BOARD OF EDUCATION ET AL. *v.* BELL, SECRETARY OF EDUCATION, ET AL. C. A. 2d Cir. Certiorari granted.

No. 80–1082. SMITH, CORRECTIONAL SUPERINTENDENT *v.* PHILLIPS. C. A. 2d Cir. Certiorari granted.

No. 80–689. WIDMAR ET AL. *v.* VINCENT ET AL. C. A. 8th Cir. Motions of Bible Study et al. and Center for Law and Religious Freedom of the Christian Legal Society for leave to file briefs as *amici curiae* granted. Certiorari granted.

No. 80–702. UNITED STATES *v.* NEW MEXICO ET AL. C. A. 10th Cir. Certiorari granted. JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 80–848. PIPER AIRCRAFT CO. *v.* REYNO, PERSONAL REPRESENTATIVE OF THE ESTATES OF FEHILLY ET AL.; and

No. 80–883. HARTZELL PROPELLER, INC. *v.* REYNO, PERSONAL REPRESENTATIVE OF THE ESTATES OF FEHILLY ET AL. C. A. 3d Cir. Certiorari in No. 80–848 granted. Certiorari in No. 80–883 granted limited to Question 1 presented by the petition. Cases consolidated and a total of one hour allotted for oral argument. Reported below: 630 F. 2d 149.